1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **CENTRAL DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| DAVID PAUL MCCONNELL, | ) Case No.: 5:17-cv-00706-JDE |
| | ) |
| | ) ORDER AWARDING EQUAL |
| Plaintiff, | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| v. | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant | ) |
| | ) |

16

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that fees and expenses in the amount of $1,230.00 as

20 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

21 DATE:    October 17, 2017

22

23 HONORABLE JOHN D. EARLY
   UNITED STATES MAGISTRATE JUDGE

24

25

26